NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3227

JANET R. AUGUSTINE,

Petitioner,

v.

DEPARTMENT OF JUSTICE,

Respondent.

Michael L. Hawbecker, Law Offices of Michael L. Hawbecker, of Alameda, California, argued for petitioner.

Tara K. Hogan, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director. Of counsel was Dawn S. Conrad, Trial Attorney.

Appealed from: Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3227

JANET R. AUGUSTINE,

Petitioner,

v.

DEPARTMENT OF JUSTICE,

Respondent.

# Judgment

ON APPEAL from the      Merit Systems Protection Board

in CASE NO(S).      SF0752040399-A-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MAYER, GAJARSA, and LINN, <u>Circuit Judges</u> )

<u>AFFIRMED</u>.  <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED <u>April 1, 2009</u>            /s/ Jan Horbaly
                                Jan Horbaly, Clerk